**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

JOHN STEPHAN PARISIE                                                            PLAINTIFF

v.                                                                                        No. 4:03CV161-P-D

CHRISTOPHER EPPS, ET AL.                                                DEFENDANTS

**CONSOLIDATED WITH**

CHRIS LANCASTER                                                                 PLAINTIFF

v.                                                                                        No. 4:03CV177-P-D

CHRISTOPHER EPPS, ET AL.                                                DEFENDANTS

**JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated March 2, 2005, and the March 10, 2005, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated March 2, 2005, is hereby approved and adopted as the opinion of the court.

2. That the February 2, 2005, renewed motion for summary judgement of defendant Dr. Clyde Glenn, M.D., is hereby **GRANTED**.

3. That all of the plaintiff's claims against defendant Glenn are hereby **DISMISSED** with prejudice.

4. That the plaintiff's claims against the remaining defendants shall be allowed to proceed.

THIS, the 29th day of April, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE