# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

JOHN STEPHAN PARISIE,                                                    PLAINTIFF

V.                                                               NO. 4:03CV161-P-D

CHRISTOPHER EPPS, ET AL,                                      DEFENDANTS

## ORDER REGARDING MOTION TO PROCEED
## IN FORMA PAUPERIS

The court has considered the appellant's application for leave to proceed *in forma pauperis* on appeal, the certified trust fund account statement or institutional equivalent, and all consents and other documents required by the agency having custody of the appellant to withdraw funds from the account.

The application for leave to proceed *in forma pauperis* on appeal pursuant to 28 U.S. C. § 1915 is GRANTED.

John Stephan Parisie is assessed an initial partial filing fee of $19.82. The agency having custody of the appellant shall collect this amount from the trust fund account or institutional equivalent, when funds are available, and forward it to the clerk of the district court.

Thereafter, the appellant shall pay $235.18, the balance of the filing fees, in periodic installments as required by 28 U.S.C. § 1915 (b) (2).

The clerk shall mail a copy of this order to the inmate accounting office or other person(s) or entity with responsibility for collection and remitting to the district court interim filing payments

on behalf of prisoners, as designated by the facility in which the appellant is currently or subsequently confined.

This the 26th day of May 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE