**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JOHN STEPHAN PARISIE,**     **PLAINTIFF**

**V.**     **NO. 4:03CV161-P-D**

**CHRISTOPHER EPPS, ET AL,**     **DEFENDANTS**

**CONSOLIDATED WITH**

**CHRISTOPHER WAYNE LANCASTER,**     **PLAINTIFF**

**V.**     **NO. 4:03CV177-P-D**

**CHRISTOPHER EPPS, ET AL,**     **DEFENDANTS**

**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF**

The court is in receipt of a Motion to Dismiss from Christopher Wayne Lancaster, one of the two *pro se* plaintiffs in the above entitled action, in which he states that he wishes to dismiss his complaint pursuant to Fed. R. Civ. P. 41(a)(1). The court is of the opinion that the same is well taken and should be sustained. Accordingly, Lancaster's claim is hereby **dismissed** without prejudice and the case will proceed with only Parisie as a plaintiff.

**SO ORDERED** this the 13th day of June, 2005.

                                            /s/ W. Allen Pepper, Jr.
                                            W. ALLEN PEPPER, JR.
                                            UNITED STATES DISTRICT JUDGE