# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**JOHN STEPHAN PARISIE,**                                                **PLAINTIFF**

**V.**                                  **NO. 4:03CV161-P-D**

**CHRISTOPHER EPPS, ET AL,**                                       **DEFENDANTS**

## **O R D E R**

Plaintiff's motion to appeal the dismissal of one of the defendants from this lawsuit has been examined and considered by this court, and the court finds no basis under Rule 54(b), Federal Rules of Civil Procedure for the position argued by the plaintiff. Accordingly, the motion is **denied**.

**SO ORDERED**, this the 30th day of June, 2005.

                                                              /s/ W. Allen Pepper, Jr.
                                                              W. ALLEN PEPPER, JR.
                                                              UNITED STATES DISTRICT JUDGE