IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JOHN STEPHAN PARISIE,                                                    PLAINTIFF

V.                                                                    NO.4:03CV161-P-D

CHRISTOPHER EPPS, ET AL,                                              DEFENDANTS

### ORDER DENYING MOTION FOR RECONSIDERATION

Plaintiff's motion to appeal the dismissal of one of the defendants in this *pro se* § 1983 complaint was denied on June 30, 2005. On July 18, 2005, plaintiff moved for reconsideration of the order. The court has reviewed the prior pleadings as well as the motion and the applicable law and concludes that the order was correct in law and fact and that plaintiff has failed to produce a legal basis to alter the court's ruling. Therefore, the motion for reconsideration is **denied**.

**SO ORDERED** this the 20th day of July, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE