IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JOHN STEPHAN PARISIE,** **PLAINTIFF**

**V.** **NO. 4:03CV161-P-D**

**CHRISTOPHER EPPS, ET AL,** **DEFENDANTS**

### ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE

Trial is set in this *pro se* § 1983 conditions of confinement case for April 17, 2006. Plaintiff has moved for a continuance, on the grounds that he has recently been transferred from the State Penitentiary at Parchman to the East Mississippi Correctional Facility in Meridian and that all his legal materials and other paperwork are still at Parchman. He states that he cannot prepare for trial without the paperwork, and asks that the trial be postponed until he can get the materials and have time after that to make preparations for presenting his case to the court The motion appears to be well-taken, and is **granted**. The parties will be notified when a new trial date has been set.

**SO ORDERED**, this the 27th day of March, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE