**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JOHN STEPHAN PARISIE,** **PLAINTIFF**

**V.** **NO. 4:03CV161-P-D**

**EARL JACKSON, et al.,** **DEFENDANTS**

## ORDER OVERRULING OBJECTIONS and ADOPTING REPORT AND RECOMMENDATION

The *pro se* Plaintiff, an inmate, brings this complaint pursuant to 42 U.S.C. § 1983 complaint. Plaintiff complains about the general living conditions of his incarceration and about the classification system. Plaintiff also alleged that he has been denied adequate medical treatment. Magistrate Judge Jerry A. Davis filed a Report and Recommendation on October 20, 2006, recommending summary judgment be entered in favor of all remaining Defendants. On November 20, 2006, Plaintiff filed an Objection to the Report and Recommendation.

The court finds that Plaintiff's arguments are not well-taken and that the objections should be overruled for the reasons stated in the Report and Recommendation, which the court approves and adopts as its opinion.

THEREFORE, it is hereby ORDERED that

1) the Plaintiff's objections to the Report and Recommendation of the United States Magistrate Judge are OVERRULED;

2) the Report and Recommendation is APPROVED and ADOPTED as the opinion of this court;

3) all claims and Defendants are DISMISSED; and

4) this case is CLOSED.

SO ORDERED, this the 14th day of February, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE